IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SHAO LIN HUANG,

      Petitioner,

v.                                   No. 2:26-cv-01043-KG-JMR

TODD LYONS, et al.,

      Respondents.

ORDER TO ANSWER

Petitioner Shao Lin Huang filed a petition for writ of habeas corpus under 28 U.S.C.

§ 2241 on April 6, 2026.  Doc. 1.  The Clerk of Court provided notice of completion of

electronic service on April 7, 2026.  Doc. 2.  The Court orders Respondents to file an answer

within 10 business days of service of the petition, by April 21, 2026.  The Clerk shall send a

courtesy copy of this Order and the Petition to the U.S. Attorney's Office at the following email

address: USANM.Civil.Immigration@usdoj.gov.

                                       /s/Kenneth J. Gonzales
                                     CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.